# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIANYE DENG, A/K/A JIANYE DANG,
Appellant,

vs.

MIAOMIAO HAN,
Respondent.

No. 71399

**FILED**

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

On March 1, 2017, this court entered an order directing appellant, within 15 days, to file and serve the transcript request form or certificate of no transcript request, the docketing statement, and the opening brief. Pursuant to that order the documents were due to be filed no later than March 16, 2017. We cautioned appellant that failure to timely comply with our order could result in dismissal of the appeal. Appellant has failed to file the documents or otherwise communicate with this court; accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-11930

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Jianye Dang
Jianye Deng
Miaomiao Han
Eighth District Court Clerk